J. Curtis Edmondson, CSB No. 236105
Law Offices of J. Curtis Edmondson
Venture Commerce Center
3699 NW John Olsen Place
Hillsboro, OR 97124
Telephone:  (503) 336-3749
Facsimile: (503) 214-8470
Email: jcedmondson @edmolaw.com

Attorneys for the Plaintiff
Tenth Avenue Media, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10th Avenue Media, LLC., | **CASE NO.  13-cv-00086 – SJO (PJWx)** |
| Plaintiff, | **NOTICE OF BANKRUPTCY STAY** |
| v. | |
| Lodgenet, Inc. | |
| Defendants. | |
| _____ | |

Whereas Plaintiff's counsel has had notice that the Defendant has filed for Bankruptcy Protection in the United States Bankruptcy Court for the Southern District of New York, Case No. 13-10238 (SCC).

1

1

2   Pursuant to 11 USC §362, Plaintiff hereby gives notice that this matter should

3 be stayed pending further relief from stay and/or pursuant to other orders from the

4 Southern District of New York. Proof of this proceeding is attached hereto as

5 Exhibit "A".

6

7 Dated: <u>2/25/2013</u>     Respectfully Submitted,

8

9          <u>/x/ J. Curtis Edmondson </u>

10          J. Curtis Edmondson
           Attorney for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*NOTICE OF STAY*

## PROOF OF SERVICE

I, Will Petillo, hereby certify that on February 25, 2013, I caused a true and correct copy of the *Notice of Bankruptcy Stay* and attached exhibit(s) to be served on the following persons by filing by US Mail, First Class:

Gary Holtzer
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8463
(212) 310-8007 (fax)
gary.holtzer @weil.com

Sylvia Ann Mayer
Weil, Gotshal & Manges, LLP
700 Louisiana
Suite 1600
Houston, TX 77002
(713) 546-5000
(713) 224-9511 (fax)
sylvia.mayer @weil.com

Judy B. Calton
Honigman Miller Schwartz & Cohn, LLP
2290 First National Bldg.
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7344
Fax : (313) 465-7345
Email: jcalton @honigman.com

*Attorneys for Debtor,* **LodgeNet Interactive Corporation**

And by email to:

Judith L. Siegel, Esq.
Kittay & Gershfeld, P.C.
100 White Plains Road
Tarrytown, New York 10591
Phone:  (914) 332-8000
Fax:  (914) 332-8001

Dated:  February 25, 2013            Signed: /s/ Will Petillo
                                                    Will Petillo

3