UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-00086 SJO (PJWx): | Date | March 1, 2013 |
|---|---|---|---|
| Title | 10th Avenue Media LLC v. Lodgenet Inc. | | |

Present: The Honorable    S. JAMES OTERO

| Victor Paul Cruz | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| not present | not present |

**Proceedings:**     IN CHAMBERS

The Court is in receipt of Notice of Filing Bankruptcy filed by Plaintiff 10th Avenue Media LLC. as to LodgeNet, Inc., Bankruptcy Court case number 13-10238-scc.[9] filed February 25, 2013.  Accordingly, the Court Orders this matter stayed pending determination of bankruptcy.  The parties shall file quarterly joint status reports beginning June 1, 2013.   Failure to comply may result in dismissal of this action.

:

Initials of Preparer     vpc