J. Curtis Edmondson, CSB No. 236105
Law Offices of J. Curtis Edmondson
Venture Commerce Center
3699 NW John Olsen Place
Hillsboro, OR 97124
Telephone:  (503) 336-3749
Facsimile: (503) 482-7418
Email: jcedmondson @edmolaw.com

Attorney for the Plaintiff
Tenth Avenue Media, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10th Avenue Media, LLC., | **CASE NO.  13-cv-00086 – SJO (PJWx)** |
| Plaintiff, | **PLAINTIFF'S STATUS REPORT** |
| v. | |
| Lodgenet, Inc. | |
| Defendants. | |

Pursuant to this Court's 3/1/2013 Minute Order, Plaintiff hereby files the following status report for the above captioned case.  See Dckt 10. This case is still open and pending in the Bankruptcy Court of the Southern District of New York, as Bankruptcy Court case number 13-10238-scc, *In re Lodgenet Interactive Corporation*.  See Ex A. Plaintiffs and Defendants have engaged in good faith settlement negotiations, but there has been no settlement as of this date.  See Ex B.

Dated: 6/11/13            Respectfully Submitted,

/s/ J. Curtis Edmondson
Attorney for Plaintiff

1

*PLAINTIFF'S STATUS REPORT*

## PROOF OF SERVICE

I, Will Petillo, hereby certify that on June 11, 2013, I caused a true and correct copy of the *Plaintiff's Status Report* and attached exhibit(s) to be served on the following persons by filing by email:

| | |
|---|---|
| Sylvia Ann Mayer<br>Weil, Gotshal & Manges, LLP<br>700 Louisiana<br>Suite 1600<br>Houston, TX 77002<br>(713) 546-5000<br>(713) 224-9511 (fax)<br>sylvia.mayer @weil.com | Kevin Kudlac<br>Weil, Gotshal & Manges, LLP<br>700 Louisiana<br>Suite 1600<br>Houston, TX 77002<br>(713) 546-5020<br>Fax: 713-224-9511<br>Email: kevin.kudlac @weil.com<br><br>*Attorneys for Debtor,* **LodgeNet Interactive Corporation** |
| Judith L. Siegel, Esq.<br>Kittay & Gershfeld, P.C.<br>100 White Plains Road<br>Tarrytown, New York 10591<br>Phone:  (914) 332-8000<br>Fax:  (914) 332-8001<br>Email: jsiegel @kittaylaw.com | |

Dated:  June 11, 2013                             Signed:  /s/ Will Petillo
                                                                          Will Petillo

2

*PLAINTIFF'S STATUS REPORT*