UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-00086 SJO (PJWx): | Date | June 17, 2013 |
|---|---|---|---|
| Title | 10th Avenue Media LLC v. Lodgenet Inc. | | |

| Present: The Honorable | S. JAMES OTERO, Judge presiding | |
|---|---|---|
| Victor Cruz | Not Present | |
| Deputy Clerk | Court Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**    IN CHAMBERS

The Court is in receipt of Plaintiff's Status Report filed June 11, 2013. The Court is advised that this case is still open and pending in the Bankruptcy Court of the Southern District of New York, as Bankruptcy Court case number 13-10238-scc, In re Lodgenet Interactive Corporation. Accordingly, Plaintiff shall file a further status report by September 2, 2013. Failure to comply may result in dismissal of this action.

|  | : |
|---|---|
| Initials of Preparer | vpc |