J. Curtis Edmondson, CSB No. 236105
Law Offices of J. Curtis Edmondson
Venture Commerce Center
3699 NW John Olsen Place
Hillsboro, OR 97124
Telephone:  (503) 336-3749
Facsimile: (503) 482-7418
Email: jcedmondson @edmolaw.com

Attorney for the Plaintiff, Tenth Avenue Media, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10th Avenue Media, LLC., | CASE NO.  13-cv-00086 – SJO (PJWx) |
| Plaintiff, | **PLAINTIFF'S SECOND STATUS REPORT** |
| v. | |
| Lodgenet, Inc. | |
| Defendants. | |

Pursuant to this Court's 6/17/2013 Minute Order, Plaintiff hereby files the following status report for the above captioned case.  See Dckt 12.  This case is still open and pending in the Bankruptcy Court of the Southern District of New York, as Bankruptcy Court case number 13-10238-scc, *In re Lodgenet Interactive Corporation*.  See Ex A.

Defendant Lodgnet, Inc. has presented a settlement agreement to Plaintiff 10th Avenue Media, LLC.  Tenth Avenue Media, LLC has agreed to these terms and has sent the signed copy of the Agreement to Lodgenet, Inc.  See Ex B.  It is expected that there will be a complete settlement shortly.

Dated: 8/30/13                           Respectfully Submitted,

                                         /s/ J. Curtis Edmondson
                                         Attorney for Plaintiff

1

*PLAINTIFF'S STATUS REPORT*

# PROOF OF SERVICE

I, Will Petillo, hereby certify that on August 30, 2013, I caused a true and correct copy of the *Plaintiff's Second Status Report* and attached exhibit(s) to be served on the following persons by filing by email:

Christina M. Manthei
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
T: (212) 310-8333
F: (212) 310-8007
E: christina.manthei @weil.com

Kevin Kudlac
Weil, Gotshal & Manges, LLP
700 Louisiana
Suite 1600
Houston, TX 77002
T: (713) 546-5020
F: (713) 224-9511
E: kevin.kudlac @weil.com

*Attorneys for Debtor,* **LodgeNet Interactive Corporation**

Judith L. Siegel, Esq.
Kittay & Gershfeld, P.C.
100 White Plains Road
Tarrytown, New York 10591
Phone:  (914) 332-8000
Fax:  (914) 332-8001
Email: jsiegel @kittaylaw.com

Dated:  <u>August 30, 2013</u>    Signed: <u>/s/ Will Petillo</u>
                                              Will Petillo