UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-00086 SJO (PJWx): | Date | September 6, 2013 |
|---|---|---|---|
| Title | 10th Avenue Media LLC v. Lodgenet Inc. | | |

| Present: The Honorable | S. JAMES OTERO, Judge presiding | | |
|---|---|---|---|
| Victor Cruz | Not Present | | |
| Deputy Clerk | Court Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | | |
| Not Present | Not Present | | |

**Proceedings:**        IN CHAMBERS:

The Court has reviewed the Status Report [14] filed 8/30/2013 and sets a Status Conference on Monday, October 7, 2013 @ 8:30 a.m.  Plaintiff shall file a status report by on or before September 30, 2013.

|  | : |
|---|---|
| Initials of Preparer | vpc |