UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

***AMENDED* CIVIL MINUTES - GENERAL**

| Case No. | CV 13-00086-SJO (PJWx) | Date | October 7, 2013 |
|---|---|---|---|
| Title | 10th Avenue Media LLC v. Lodgenet Inc | | |

| Present: The Honorable | S. JAMES OTERO | |
|---|---|---|
| Carla Badirian | Margarita Ramirez | |
| Deputy Clerk | Court Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Joseph Curtis Edmondson | None Present |

**Proceedings:** STATUS CONFERENCE

Case called.

For the reasons stated on the record, the Court extends the deadline to file a response or answer.

A response or answer is to be filed no later than Monday, November 18, 2013.

The Court sets a Scheduling Conference for Monday January 6, 2014, at 8:30 a.m.

|  | : | 05 |
|---|---|---|
| Initials of Preparer | | cb |